UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

STEVEN JON WILCOX,

        Plaintiff,                  Case No. 2:20-cv-172

v.                                       Honorable Paul L. Maloney

P. SUPNICK et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 19, 2020                    /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                            United States District Judge